1

2

3

4

5

6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

7

8     GONZALO D. HERNANDEZ,,                    ) Case No 2:19-CV-06800-RAO

9              Plaintiff,                       )
                                               )
10        vs.                                  ) **[PROPOSED]**

11    ANDREW SAUL,                             ) **JUDGMENT**
      Commissioner of Social  Security,        )
12                                             )
13        Defendant.                           )
                                               )
14                                             )
                                               )
15

16        The Court hereby approves the parties' Stipulation to Voluntary Remand

17    Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

18    ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS

19    HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned

20    action is remanded to the Commissioner of Social Security for further proceedings

21    consistent with the Stipulation to Remand

22

23    DATED:   May 14, 2020          _____

24                                   HONORABLE ROZELLA A. OLIVER
                                     UNITED STATES MAGISTRATE JUDGE
25

26

27

28